**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1621**

MARTHA M. STEVENSON; JAMES STEVENSON,

　　　　　Plaintiffs - Appellants,

　　　v.

ETHICON, INCORPORATED; JOHNSON & JOHNSON,

　　　　　Defendants – Appellees,

　　　and

JOHNSON & JOHNSON, INC.,

　　　　　Defendant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Joseph R. Goodwin, District Judge. (2:12-cv-02700; 2:12-md-02327)

Submitted: November 4, 2016　　　Decided: November 10, 2016

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tracy W. Houck, Ron Riggle, HOUCK & RIGGLE, LLC, Ruston, Louisiana, for Appellants. David B. Thomas, Daniel R. Higginbotham, THOMAS COMBS & SPANN, PLLC, Charleston, West Virginia; Christy Jones, John C. Henegan, Sr., Susana Moore

Moldoveanu, BUTLER SNOW, LLP, Ridgeland, Mississippi, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martha M. Stevenson and James Stevenson appeal the district court's orders dismissing this action for failure to timely effect service of process and denying their motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stevenson v. Ethicon, Inc., Nos. 2:12-cv-02700; 2:12-md-02327 (S.D. W. Va. Jan. 26, 2016; May 27, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED